IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODNEY GOOCH, LEONDRA SHEPARD, RODNEY GROSS, LAWANNA LUSK, MAURICE GOOCH, GREGORY IRVIN, NICHOLAS WILLIAMS, ROSALYN MCKISSACK, MARCUS IVEY, CHAZ IRVIN, ONTONIO BARBOUR, RICHARD BRYANT, NATHANIAL CLAYBROOKS, ORCENTA SEAY, MARVIN SAIN, WALTER CATER, ERIC REED, DAMIEN MORGAN, ROBERT JOHNSON, and TONY ADKINS on behalf of themselves and all other black persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE, DAVIDSON COUNTY, TENNESSEE acting by and Through the Electric Power Board d/b/a Nashville Electric Service,<br><br>Defendant. | CIVIL ACTION NO.:<br>3:09-cv-00826 |

## ORDER

Pending before the Court is the parties' Joint Motion to Dismiss Class Claims and Joint Stipulation of Dismissal (Docket Entry No. 62) and the parties joint Amendment (Docket Entry 63) thereto. Based upon the entire record before the Court, the Court ORDERS:

1. Based upon the parties' joint stipulation, each of the claims is DISMISSED with prejudice.

2. The plaintiffs' motion to dismiss the class claims without prejudice is GRANTED.

Accordingly, this case is closed.

8255887.1

_____
Kevin Sharp
United States District Court Judge


AGREED TO AND APPROVED FOR ENTRY:


s/ Lee Winston (w/permission)
Lee Winston, Esq.
Roderick T. Cooks, Esq.
Winston Cooks, LLC
2-20th Street North, Suite 1330
Birmingham, AL 35203
(205) 502-0970
(205) 278-5876 fax
rcooks@winstoncooks.com
lwinston@winstoncooks.com

Byron R. Perkins, Esq.
Perkins-Law, LLC
2170 Highland Ave South Suite-100
Birmingham, AL 35203

Jonathan E. Richardson, Esq.
SMITH & HIRSCH PLC
3250 Dickerson Pike, Suite 121
Nashville, TN 37207
(615) 242-5003
(615) 244-5031 fax

*Attorneys for Plaintiffs*


s/ John E. B. Gerth
Waverly D. Crenshaw, Jr.
John E. B. Gerth
John Park
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760

*Attorneys for Metropolitan Government of Nashville, Davidson County, Tennessee acting by and through the Electric Power Board d/b/a Nashville Electric Service*

8255887.1